IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                                    PLAINTIFF

v.                              NO. 4:09CR00305-02 JLH

RALPH FRANCIS DELEO                                                         DEFENDANT

**ORDER**

    Ralph Deleo has filed a motion to vacate or set aside his conviction pursuant to 28 U.S.C. § 2255. Pursuant to Rule 201 of the Federal Rules of Evidence, the Court is considering taking judicial notice of the fact that Deleo entered a guilty plea to a superseding information in the United States District Court of Massachusetts, Case No. 1:09-CR-10391-DPW-1; that the superseding information charged Deleo and others with a RICO conspiracy in violation of 18 U.S.C. § 1962(d); and that one of the predicate offenses charged in the superseding information was the same offense at issue in this case. Pursuant to Rule 201(e), the Court is hereby giving the parties the opportunity to be heard on the propriety of taking judicial notice of these facts and is giving the parties an opportunity to brief the issue of the significance of these facts, provided the Court takes judicial notice of them.

    If Deleo wishes to file a brief on these issues, he may do so within thirty days from the entry of this Order. If the government wishes to file a response, it may do so within fourteen days after Deleo's brief is received; and if Deleo wishes to file a reply, he may do so within fourteen days after the government files its response.

    IT IS SO ORDERED this 18th day of October, 2013.

J. LEON HOLMES
UNITED STATES DISTRICT JUDGE