IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                              PLAINTIFF

v.                           NO. 4:09CR00305-02 JLH

RALPH FRANCIS DELEO                                                   DEFENDANT

## JUDGMENT

Pursuant to the Opinion and Order entered separately today, Ralph Francis Deleo's motion to vacate and set aside his sentence pursuant to 28 U.S.C. § 2255 is denied. His motion is hereby dismissed with prejudice.

IT IS SO ORDERED this 6th day of January, 2014.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE